PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
4100 W Alameda Avenue Fl 3 #301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
MANUSHAG VIOLET SHAHBENDERIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUSHAG VIOLET SHAHBENDERIAN | Case No. 2:21-CV-07226-AFM |
| Plaintiff, | [~~proposed~~] ORDER FOR AWARD AND PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. §2412(d) |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner, Social Security | |
| Defendant. | Judge:  Hon. Alexander F. MacKinnon |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act,  28 U.S.C. § 2412(d), IT IS ORDERED that attorney fees, in the amount of $6,665.18, as authorized by 28 U.S.C. § 2412, be awarded to Plaintiff and payment made to Patricia L. McCabe, Counsel for Plaintiff, subject to the terms of the Stipulation.

Date:  2/27/2023

_____
Alexander F. MacKinnon
United States Magistrate Judge